AO 458 (Rev. USAO-MA 09/04) Appearance

# UNITED STATES DISTRICT COURT

__FIRST__      DISTRICT OF      __MASSACHUSETTS__

**UNITED STATES**

    V.

**ENRIQUE GONZALEZ**

**APPEARANCE**

Case Number: 05-30045 MAP

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case    United States of America

I certify that I am admitted to practice in this court.

__6/9/05__
Date

Signature

__PAUL H. SMYTH__     __634600__
Print Name                      Bar

__1550 MAIN STREET, SUITE 310__
Address

__SPRINGFIELD,__     __MA__     __01103__
City     State     Zip Code

__413-785-0235__     __413-785-0394__
Phone Number     Fax