AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

Massachusetts
DISTRICT OF

UNITED STATES OF AMERICA

**SEALED**

v.

ENRIQUE GONZALEZ

**WARRANT FOR ARREST**

CASE NUMBER: 05-30045 MAP

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ___Enrique Gonzalez___
                                                     Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
possession with intent to distribute and distribution of cocaine base.

in violation of
Title ___21___ United States Code, Section(s) ___841(a)(1)___

Kenneth P. Neiman                               United States Magistrate Judge
Name of Issuing Officer                         Title of Issuing Officer

_[signature]_                                   June 9, 2005  Springfield, Mass
Signature of Issuing Officer                    Date and Location

Bail fixed at $ _____ by _____
                                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  96 Longhill Ave  Springfield, MA |

| DATE RECEIVED 6/9/05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 6/15/05 | SFO FRANK OTT | _[signature]_ |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Enrique Gonzalez

ALIAS: ___

LAST KNOWN RESIDENCE: ___

LAST KNOWN EMPLOYMENT: ___

PLACE OF BIRTH: ___

DATE OF BIRTH (4 digit year): 00-00-1977

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 3067

HEIGHT: ___                    WEIGHT: ___

SEX: Male                      RACE: Hispanic

HAIR: ___                      EYES: ___

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: ___

FBI NUMBER: ___

COMPLETE DESCRIPTION OF AUTO: ___

INVESTIGATIVE AGENCY AND ADDRESS: ___