UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
V. ) CRIMINAL NO. 05CR300    -MAP
)
ENRIQUE GONZALEZ )

## MOTION FOR DETENTION HEARING

The United States moves for pretrial detention of defendant, pursuant to 18 U.S.C. Section 3142(e) and (f).

1. <u>Eligibility of Case</u>. This case is eligible for a detention order because it involves (check all that apply):

   _____ Crime of violence (18 U.S.C. Section 3156)

   _____ Maximum sentence life imprisonment or death

   \_\_x\_\_ 10 plus years drug offense

   \_\_x\_\_ Felony, with two prior convictions in above categories

   _____ Serious risk defendant will flee

   _____ Serious risk of obstruction of justice

2. <u>Reason for Detention</u>. The court should detain defendant because there are no conditions of release which will reasonably assure (check one or both):

   \_\_x\_\_ Defendant's appearance as required

   \_\_x\_\_ Safety of any other person and the community

3. <u>Rebuttable Presumption</u>. The United States (will, ~~will not~~) invoke the rebuttable presumption against defendant under Section 3142(e). (If yes) The presumption applies because (check one or both):

  __x__ Probable cause to believe defendant committed 10 plus year drug offense or firearms offense, 18 U.S.C. Section 924(c)

  __X__ Previous conviction for "eligible" offense committed while on pretrial bond

 4. <u>Time for Detention Hearing</u>.  The United States requests the court conduct the detention hearing,

  _____ At first appearance

  __x__ After continuance of __3__ days (not more than 3)

 5. <u>Witnesses</u>.  The United States intends to call the following witnesses:

The amount of time for direct examination of these witnesses is estimated to be: one-half hour.

 6. <u>Other Matters</u>.

_____

_____

_____

DATED this __16th__ day of __June_____, 20 __05__.

            _____
            Assistant United States Attorney