AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF

U.S.

V.

Enrique Gonzalez

**APPEARANCE**

Case Number: 05CR30045

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Enrique Gonzalez

Date: 6/17/05

Signature: Thomas F. McGuire

Print Name: Thomas F. McGuire

Address: 1365 Main St.

City: Springfield   State: Ma.   Zip Code: 01103

Phone Number: 413/746-3020