UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO: 05 – 30045 - MAP |
| VS. | MOTION TO REOPEN |
| ENRIQUE GONZALEZ, | DETENTION HEARING |
| DEFENDANT | |

Now comes the Defendant, Enrique Gonzalez, by and through his undersigned Attorney, Thomas F. McGuire, and moves This Honorable Court to reopen the detention hearing to allow the release of the Defendant for the following reasons:

1. The Defendant's fiancee, Brenda Ayala, is willing to post Three Thousand ($3,000.00) Dollars;

2. The Defendant's fiancee, Brenda Ayala, is willing to execute an unsecured bond for Ten Thousand ($10,000.00) Dollars;

3. The Defendant's Aunt, Evelyn Feliciano, is willing to execute an unsecured bond for Ten Thousand ($10,000.00) Dollars;

4. The Defendant's Aunt, Ivette Gonzalez, is willing to execute an unsecured bond for Ten Thousand ($10,000.00) Dollars;

5. The Defendant's Uncle, Victor Virella, is willing to execute an unsecured bond for Ten Thousand ($10,000.00) Dollars;

5. The Defendant will report to Pre-Trial Services as directed by This Court;

6. The Defendant would abide by any conditions set by the Court for his appearance.

7. The Defendant will comply with any conditions set by This Court pursuant to 18 U.S.C. Sec. 3142 (c)(1)(B).

WHEREFORE the Defendant move This Honorable Court to reopen the Detention Hearing of the Defendant to determine if there are suitable conditions which could be set for the release of the Defendant pending the resolution of this case.

THE DEFENDANT

BY HIS ATTORNEY

*[signature]*

THOMAS F. MCGUIRE

1365 MAIN STREET

SPRINGFIELD, MA. 01103

JULY 8, 2005

413/746-3020/FAX413/746-4289

## CERTIFICATE OF SERVICE

I, Thomas F. McGuire, certify that I caused the attached Motion to be served on the Assistant United States by fax on July 10, 2005.

THOMAS F. MCGUIRE