UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | CRIM. NO. 05-cr-30045-MAP |
| | ) | |
| vs. | ) | |
| | ) | |
| **ENRIQUE GONZALEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## GOVERNMENT'S NOTICE OF APPEAL OF ORDER DENYING MOTION FOR DETENTION

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully files this notice of appeal from Magistrate Judge Kenneth Neiman's order, on July 11, 2005, allowing the Defendant's request for pretrial release.  In addition, the Government requests permission to file a memorandum of law in support of its appeal after Judge Neiman has issued written findings regarding the denial of the government's motion for detention.

Filed this 11th day of July, 2005.

                                              Respectfully submitted,

                                              MICHAEL J. SULLIVAN
                                              United States Attorney


                                              _____
                                              PAUL HART SMYTH
                                              Assistant United States Attorney


CERTIFICATE OF SERVICE

Hampden,  ss.                             Springfield, Massachusetts
                                          July 11, 2005

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served the copy of the foregoing by facsimile transfer to:

Thomas McGuire, Esq.
1365 Main Street.
Springfield, MA 01103.
Fax: (413)746-4289

                                                                                                _____
                                                                                                Paul Hart Smyth
                                                                                                Assistant U.S. Attorney