UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

ENRIQUE GONZALEZ

CASE NO. 05-30045- MAP

### NOTICE OF HEARING RE: APPEAL OF DETENTION

PLEASE TAKE NOTICE that the above-entitled case has been set for an APPEAL REQUESTED BY THE GOVERNMENT ON ORDER DENYING MOTION FOR DETENTION on August 8, 2005 at 3:00 P.M. before Michael A. Ponsor, U.S.D.J. In Courtroom # 1 on the 5th floor. Government may file memorandum of law on or before July 29, 2005; Defendant's counsel may respond on or before August 5, 2005.

SARAH THORNTON
CLERK OF COURT

7/25/05
Date

By: /s/ Elizabeth A. French
Deputy Clerk

Notice sent to:

All counsel of record via mail and electronically

(Notice of Hearing.wpd - 7/99)

[kntchrgcnf.]
[ntchrgcnf.]