**THOMAS F. McGUIRE**
ATTORNEY AT LAW
THE MARKET PLACE
1365 MAIN STREET
SPRINGFIELD, MASSACHUSETTS 01103

MEMBER OF MICHIGAN
AND MASSACHUSETTS BARS

TEL: (413) 746-3020
FAX: (413) 746-4289

July 28, 2005

Mr. Paul Hart Smyth, Esquire
Assistant United States Attorney
Department of Justice
1550 Main Street
Springfield, Ma. 01103

RE: U. S. Vs. Enrique Gonzalez
    05 - 30045 - MAP
    Automatic Discovery

Dear A. U. S. A. Smyth:

   This letter is intended to fulfill the Defendant's obligations under the automatic discovery provisions of the Local Court Rule. The Defendant has no materials to be turned over pursuant to the rule at this time.

   Thank you for your anticipated cooperation.

Sincerely,

Thomas F. McGuire

TFM/jam
Cc: Clerk U. S. D. C.