**THOMAS F. McGUIRE**
ATTORNEY AT LAW
THE MARKET PLACE
1365 MAIN STREET
SPRINGFIELD, MASSACHUSETTS 01103

MEMBER OF MICHIGAN
AND MASSACHUSETTS BARS

TEL: (413) 746-3020
FAX: (413) 746-4289

July 28, 2005

Mr. Paul Hart Smyth, Esquire
Assistant United States Attorney
Department of Justice
1550 Main Street
Springfield, Ma. 01103

RE: U. S. Vs. Enrique Gonzalez
    05 - 30045 - MAP
    Automatic Discovery

Dear A. U. S. A. Smyth:

Please provide the Defendant through his counsel with the following:

1. Statements of any Cooperating Witness and the Federal Grand Jury testimony of any Cooperating Witness which formed the basis of this indictment against this Defendant or any Co-Conspirators.
2. Disclosure of all debriefings, statements or reports based on information provided by the Cooperating Witness in connection with the Defendant or any Co-Defendant, including the initial debriefing and statement in which the Cooperating Witness identified the Defendant as "Grillo" who sold drugs.
3. Please also provide the name and curriculum vita, the opinion and the basis for an opinion for any expert that the Government intends to call as a witness or any witness from whom the Government seeks to elicit an opinion.
4. Disclosure of the brand name and type of equipment used for video taping and body recording during the course of the investigation which resulted in these Indictments.
5. Please provide the names and addresses of any and all cooperating individuals who will be called as witnesses by the Government.

6. Please all information available for any promises, inducements or rewards given or to be given to any cooperating witnesses.

Thank you for your anticipated cooperation.

Sincerely,

*Thomas F. McGuire*
Thomas F. McGuire

TFM/jam
Cc: Clerk U. S. D. C.