UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.              )<br>)<br>)<br>ENRIQUE GONZALEZ,        )<br>    Defendant.          ) | CRIMINAL NO. 05-cr-30045-MAP |

THE GOVERNMENT'S AND THE DEFENDANT'S STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(A)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and Attorney Robert Astor, hereby submit the following status report pursuant to Local Rule 116.5(A) and Magistrate Judge Neiman's written orders.

1. The parties agree that this is not a complex case and therefore relief from the timing requirements imposed by Local Rule 116.3 is unnecessary.

2. The government has made automatic discovery available to the defendant pursuant to Fed.R.Crim.P. 16.1 (C) and 116.2 of the Local Rules of the United States. Additional discovery will be provided to counsel upon receipt of the discovery by the undersigned U.S. Attorney. The government has requested reciprocal discovery pursuant to Fed.R.Crim.P. 16(B)(1)(C). The government respectfully requests more time to review and respond to the Defendant's Discovery Letter, which was received by the undersigned Assistant U.S. Attorney on August 1, 2005.

3. The parties agree that it is premature for a motion

date to be established under Fed.R.Crim.P. 12(c).

4.   The parties agree that the time from the Defendant's initial appearance, June 15, 2005, through the initial status date, August 2, 2005 is excludable from the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. Section 3161(h)(8)(A) and Local Rule 112.2(A)(1),(2), and (3).  Attorney McGuire's busy work schedule - namely, commitments in state court - has made it difficult for counsel to review the video evidence thus far.  Accordingly, the government requests that the Court issue an order indicating that the time from initial appearance to the present is excludable pursuant to Local Rule 112.2(B).

5.   The parties are unclear at present whether this case will be resolved pursuant to a trial or a change of plea.

6.   The parties agree that it is premature to establish a final status conference at this time.

                Respectfully submitted,

                MICHAEL J. SULLIVAN
                United States Attorney

       By:  /s/ Paul Hart Smyth
                _____
                Paul Hart Smyth
                Assistant U.S. Attorney


                _____
                Thomas McGuire, Esq.
                Counsel for Enrique Gonzalez