**THOMAS F. McGUIRE**
ATTORNEY AT LAW
THE MARKET PLACE
1365 MAIN STREET
SPRINGFIELD, MASSACHUSETTS 01103

MEMBER OF MICHIGAN
AND MASSACHUSETTS BARS

TEL: (413) 746-3020
FAX: (413) 746-4289

August 2, 2005

Mr. Paul Hart Smyth, Esquire
Assistant United States Attorney
Department of Justice
1550 Main Street
Springfield, Ma. 01103

RE: U. S. Vs. Enrique Gonzalez
    05 - 30045 - MAP
    Automatic Discovery

Dear A. U. S. A. Smyth:

　　Please provide the Defendant through his counsel with the following:

1. All documents and items seized at the arrest of the Defendant on this Indictment, including, but not limited to documents which refer to the prior incident for which the Defendant was prosecuted and convicted in the Commonwealth of Massachusetts and the program in which the Defendant renounced his membership in the Latin Kings while incarcerated at MCI Norfolk.

　　Thank you for your anticipated cooperation.

Sincerely,

Thomas F. McGuire

TFM/jam
Cc: Clerk U. S. D. C.