UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO:

05 – 30045-MAP

| | |
|---|---|
| UNITED STATES OF AMERICA, | MEMORANDUM IN SUPPORT OF MAGISTRATE'S DECISION |
| VS. | OF CONDITIONS FOR PRE-TRIAL RELEASE |
| ENRIQUE GONZALEZ, | |
| DEFENDANT | |

The Defendant, Enrique Gonzalez, supports the Decision of the Magistrate to Establish Conditions of Pre-Trial Release by submitting this Memorandum. This Court should allow the conditions of release for the Defendant as stated.

ARGUMENT

The Magistrate determined that there were conditions of release which were appropriate for Enrique Gonzalez. In the hearing on the Motion To Reopen the Detention Hearing, the Magistrate had the benefit of testimony which established that the Defendant had significant ties to this community.

This testimony explained the misconception which existed at the Defendant's initial appearance. As a result of a language problem during the interview of the Defendant at his initial appearance, Pre-Trial Services was not able to fully elicit the extent of the Defendant's ties to this community. The Defendant was asked about his mother, who was deceased, and he did not understand that he was being asked to describe his extended

family.

The Court heard from the relatives of the Defendant who live in Springfield, Massachusetts. It was explained to the Court that, in 1988, Enrique Gonzalez's mother died. He then went to live with his grandmother, Graciela Ferrer, and his aunt, Ivette Gonzalez. In 1994, his grandmother passed away and his aunt took sole custody of Enrique. She then moved him with her family to Woonsocket, Rhode Island. Then, in 1997, Enrique Gonzalez moved with his aunt to Holyoke, Massachusetts where he had a number of other relatives in the Springfield area. Enrique Gonzalez also has two children, one of whom lives in Rhode Island and another who lives in Springfield. He is very much involved in the lives of his children. He is also engaged to Brenda Ayala with whom he would live if he were released. His other aunt, Evelyn Feliciano and an uncle, Victor Virella, also testified and stand ready with his other aunt and fiancé to post a bond guaranteeing his appearance.

The Government argues that the Defendant is a member of the Latin Kings Street Gang, but his criminal record also suggests that he is a flight risk. Yet the Government has paperwork seized at the arrest of the Defendant which quite clearly shows that the Defendant participated in a program in which renounced his membership in the Latin Kings while in custody of the Commonwealth of Massachusetts at the Massachusetts Correctional Institution at Norfolk.

The Defendant does not have access to the reports of his conviction in 2000 which resulted in a state prison sentence he has completed. The facts advanced by the Government are not specific to the Defendant. He was convicted as a joint-venturer. His

2

arrest came when he was living and working with family members in Rhode Island. He then waived extradition to face the charges in the Commonwealth of Massachusetts.

The Defendant has not been provided with any report from his arrest and the only narcotics analysis that has been provided does not mention any marijuana.

The Magistrate has fashioned conditions which are strict enough to assure that the Defendant will not flee and is not a danger to the community. The Defendant asks that this Honorable Court deny the appeal of the Government and allow the decision of the Magistrate to stand.

THE DEFENDANT

BY HIS ATTORNEY

THOMAS F. MCGUIRE

1365 MAIN STREET

SPRINGFIELD, MA. 01103

AUGUST 5, 2005

413/746-3020/FAX413/746-4289

3