

*U.S. Department of Justice*

*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (413) 785-0235*　　　　　　　　　*Federal Building & Courthouse*
*Fax: (413) 785-0394*　　　　　　　　　　　　　　*Main Street, Room 310*
　　　　　　　　　　　　　　　　　　　　　　　　*Springfield, Massachusetts 01103*

September 8, 2005

Thomas F. McGuire, Esq.
1365 Main Street
Springfield, MA 01103

Re:   United States v. ENRIGUE GONZALEZ
      Criminal No. 05-30045-MAP

Dear Attorney McGuire:

    In accordance with the government's discovery obligations pursuant to Local Rule 116.1(C) and 116.2(B) and Fed. R. Crim. P. 16(a)(1), I am providing you with the following response to your discovery letter dated July 28, 2005.

　　1,2. The government declines to provide Jencks Act material early but rather will provide those materials in accordance with 18 U.S.C. § 3500 and L.R. 116.

　　3.  In response to your request for information regarding expert witnesses I presently intend to call expert witnesses from the DEA laboratory regarding the chemical analyses of the drugs - cocaine base and heroin - purchased from the defendant in this case. I provided copies of the DEA form 7's with the results of the completed analyses. Those forms contain the names of the chemists who did the analyses and whom I expect to call as witnesses. The chemists will testify that based upon his/her education, training and experience as a chemist that he/she performed an analysis of the substances in this case. This witness will testify that Exhibit #72 (as identified on the DEA laboratory analysis) contains cocaine base in the form of crack cocaine, and Exhibit #73 contains heroin.

    Further, I intend to call members of the FBI Gang Task

Force (GTF), including but not limited to FBI SA Mark Karangekis, GTF Agent Frank Ott, GTF Agent Steve Marangoudakis, and GTF Agent James Mazza to testify at trial. I expect they will testify about terms, prices and methods of distribution in the illegal drug business based upon their training and experience investigating narcotics offenses.

The government intends to ask the GTF agents about terms used during the conversations between the defendant and the cooperating witness (CW) regarding drug quantities. The government will also ask the GTF agents about the references to amounts of money discussed during the conversations and expects that they will testify that those amounts are consistent with the prices in this area at the relevant time.

The GTF agents will also testify regarding the operation of a drug business. For example they will testify that drug businesses use beepers, cellular phones, code words or phrases, generally accept cash only and involve several levels of distributors in a hierarchy. They will also testify that drug distributors will not deal directly with unknown individuals but rather will only deal with people they know or use other members of the conspiracy to insulate themselves from detection by law enforcement.

The GTF agents will also testify about terms, prices and methods of distribution in the illegal drug business. Further, they will testify that crack or crack cocaine is the street term for cocaine base and that cocaine base in the form of crack cocaine is made by cooking cocaine and at least one other dilutant, usually baking soda. They will testify that crack is also called rock and hard. They will testify that cocaine is also called raw, soft or powder. They will testify that a brick is a kilogram of cocaine. They will testify that cocaine and crack cocaine are sold in quantities which are sometimes referred to in metric weight and sometimes in ounces. They will testify that one ounce is approximately 28 grams and that an "eighth" or "8 ball" refers to one-eighth of an ounce which is approximately 3.5 grams. This is not a comprehensive list of the testimony but rather a summary of the expected testimony. The GTF agents will be testifying based upon their training as a law enforcement agents and their experience in

      investigating numerous drug cases.

4. The government will forward you the brand name of the equipment used for video and audio taping upon receipt of the same from the FBI. I have requested the information and I expect to receive it by September 9, 2005.

5. The government has provided the name of the cooperating witness who will testify in this case. The government respectfully declines to provide this witness's address because release of the witness's address would likely result in harm to the Defendant.

6. The government has provided information concerning the promises, rewards, and inducements to the cooperating witness in its Automatic Discovery Letter. The government will update the Defendant accordingly.

                Very truly yours,

                MICHAEL J. SULLIVAN
                United States Attorney

        By:  /s/ Paul Hart Smyth
                _____
                Paul Hart Smyth
                Assistant U.S. Attorney

cc: Bethany Healy,
    Courtroom Clerk
    Hon. Kenneth P. Neiman
    United States Magistrate Judge