```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA    )
                            )
        v.                  )   CRIMINAL NO. 05-cr-30045-MAP
                            )
ENRIGUE GONZALEZ,           )
    Defendants.             )
                            )
```

## MOTION FOR A CONTINUANCE
### (Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, and the Defendant Gonzalez through his counsel Attorney Thomas McGuire, respectfully request this Court to continue the date for status hearing from October 11, 2005 until a time convenient for the Court on October 20, 2005.

In support of this motion the government states that Attorney McGuire's busy schedule has not permitted sufficient time to review the discovery with Defendant Gonzalez. The Government assents to Attorney McGuire's request for more time.

```
                           Respectfully submitted,

                           MICHAEL J. SULLIVAN
                           United States Attorney

                      By:  /s/ Paul Hart Smyth
                           _____
                           Paul Hart Smyth
                           Assistant U.S. Attorney
```

Dated: October 7, 2005