UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-30045-MAP |
| | ) |
| ENRIQUE GONZALEZ, | ) |
| Defendant. | ) |

### THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
(Assented to)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from October 12, 2005 until December 20, 2005. In support of this motion, the Government states the following:

1. On October 20, 2005, the Defendant Gonzalez (through Attorney Thomas McGuire) agreed with the government that this time should be excluded. Attorney McGuire needs the time to review the discovery, show the discovery to the defendant, and to prepare discovery letters and motions. This additional time will ensure continuity of counsel.

It is in the best interests of the Defendant, the government, and the public, to exclude the time from October 21, 2005, until December 20, 2005, from the period within which the trial of this case must commence under the Speedy Trial Act.

Respectfully submitted,

```
                              MICHAEL J. SULLIVAN
                              United States Attorney

                         By:  /s/ Paul Hart Smyth
                              Paul Hart Smyth
                              Assistant U.S. Attorney
```

Dated: October 21, 2005