UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CRIMINAL NO. 05-30045-MAP |
| | ) |
| ENRIQUE GONZALEZ | ) |
| Defendant. | ) |

THE GOVERNMENT'S AND THE DEFENDANTS' STATUS
REPORT PURSUANT TO LOCAL RULE 116.5(C)

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts and Attorney Thomas McGuire, counsel for Defendant Gonzalez, hereby submit the following status report pursuant to Local Rule 116.5(C) and Magistrate Judge Neiman's written orders.

1. The Government has provided or made available all of its discoverable information. The Government will provide transcripts of relevant portions of the consensually recorded conversations involving the Defendant at least two weeks before trial.

2. The Defendant does not intend to raise a defense of insanity or public authority.

3. The Defendant does not intend to offer an alibi as a defense to the indictment.

4. The Defendant has not yet filed but may file, a motion to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

5. The parties request this Court to set a date for a further status conference.

6. It is premature to notify the Court as to whether the Defendant will change his plea to guilty.

7. In the event that a trial is necessary the trial will last approximately 4 days.

8. The time from August 2, 2005 to December 20, 2005 should be excluded from the Speedy Trial calculation in the interests of justice and for reasons of continuity of counsel. 18 U.S.C. §3161(h)(8)(B)(iv). Attorney McGuire has needed this time to review the discovery with the Defendant. In addition, Attorney McGuire's competing professional and personal interests require this time to be excluded. As of December 20, 2005, no time has run on the Speedy Trial Clock.

9. The undersigned assistant U.S. Attorney faxed a copy of this report to counsel on December 16, 2005.

Filed this 20th day of December, 2005.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
Paul Hart Smyth
Assistant U.S. Attorney

_____
Attorney Thomas McGuire
Counsel for Enrique Gonzalez