UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v.                              )<br>)<br>)<br>ENRIQUE GONZALEZ                )<br>    Defendant.                 ) | CRIMINAL NO. 05-30045-MAP |

THE GOVERNMENT'S AND THE DEFENDANTS' STATUS
<u>REPORT PURSUANT TO LOCAL RULE 116.5(C)</u>

The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts and Attorney Thomas McGuire, counsel for Defendant Gonzalez, hereby submit the following status report pursuant to Local Rule 116.5(C) and Magistrate Judge Neiman's written orders.

1. The Government has provided or made available all of its discoverable information.

2. The Defendant does not intend to raise a defense of insanity or public authority.

3. The Defendant does not intend to offer an alibi as a defense to the indictment.

4. The Defendant does not intend on filing a motion to dismiss, or suppress, or other motion requiring a ruling by the District Court before trial pursuant to Fed. R. Crim. Pro. 12(c).

5. The parties request this Court to set a date for a further status conference.

6. The parties have engaged in plea negotiations and the Defendant is expected to plead guilty to the above-captioned

indictment.

    7.   The time from December 20, 2005 through the date scheduled for a change of plea should be excluded from the Speedy Trial calculation in the interests of justice and for reasons of continuity of counsel. 18 U.S.C. §3161(h)(8)(B)(iv). Attorney McGuire has needed this time to review the discovery with the Defendant. In addition, Attorney McGuire's competing professional and personal interests require this time to be excluded for reasons of continuity of counsel. As of January 20, 2006, no time has run on the Speedy Trial Clock.

    9.   The parties respectfully request a date for a change of plea.

    Filed this 20th day of January, 2006.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                            United States Attorney

                    By:  /s/ Paul Hart Smyth
                          _____
                          Paul Hart Smyth
                          Assistant U.S. Attorney

                          /s/ Thomas McGuire
                          Attorney Thomas McGuire
                          Counsel for Enrique Gonzalez