UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 05-30045-MAP |
| ) | |
| ENRIQUE GONZALEZ,    ) | |
| Defendant    ) | |

FINAL STATUS REPORT
January 20, 2006

NEIMAN, U.S.M.J.

The court held a final status conference this day and, in accord with Local Criminal Rule 116.5(D), reports as follows:

1. All discovery has been completed.

2. A change of plea hearing has been scheduled for February 28, 2006, at 2:00 p.m. in Courtroom I.

3. Defendants do not intend to raise defenses of insanity or public authority.

4. The parties -- and the court -- agree that, as of today, no time has run on the Speedy Trial clock.

5. There are no other matters relevant to the progress or resolution of the case.

   /s/ Kenneth P. Neiman
KENNETH P. NEIMAN
U.S. Magistrate Judge