UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA        )
                                )
        v.                      )   CRIMINAL NO. 05-30045-MAP
                                )
ENRIQUE GONZALEZ,               )
    Defendant.                  )


        THE GOVERNMENT'S MOTION FOR AN ORDER OF EXCLUDABLE DELAY
                              (Assented to)

    The United States of America, by Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves for an order of excludable delay under the Speedy Trial Act, 18 U.S.C. §3161(h), from December 20, 2005 through February 28, 2006.  The parties have been engaged in plea negotiations since November 2005.  On January 20, 2006, Attorney McGuire notified the Court that he was confident the above-captioned case would be resolved through a change of plea on the next date (February 28, 2006).  Attorney McGuire has indicated that his competing caseload and personal obligations have interfered with his ability to prepare the Defendant for a plea to the above-captioned indictment on a date sooner than February 28, 2006.

    In these circumstances, the interests of justice, including the continuity of counsel, outweigh the usual interests in a speedy trial.  The government, therefore, requests that the time period described above be excluded, pursuant to 18 U.S.C. §§ 3161(h)(8) and United States v. Santiago-Becerril, 130 F.3d 11, 20 (1st Cir. 1997).  It is in the best interests of the

Defendant, the government, and the public, to exclude the time from December 20, 2005 through February 28, 2006 from the period within which the trial of this case must commence under the Speedy Trial Act.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

                              By:  /s/ Paul Hart Smyth
                                       _____
                                            Paul Hart Smyth
                                            Assistant U.S. Attorney

Dated: January 23, 2006

<u>CERTIFICATE OF SERVICE</u>

Hampden, ss.                               Springfield, Massachusetts
                                           January 23, 2006

    I, Paul Hart Smyth, Assistant U.S. Attorney, do hereby certify that I have served a copy of the foregoing to Attorney Thomas McGuire, 1365 Main Street, Springfield, MA.

                                              /s/ Paul Hart Smyth
                                              Paul Hart Smyth
                                              Assistant U.S. Attorney