UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal Action No. 05-30045-MAP |
| ) | |
| ENRIQUE GONZALEZ, ) | |
| Defendant ) | |

## ORDER OF EXCLUDABLE DELAY

In accordance with the Speedy Trial Act of 1974, as amended, this Court hereby orders excludable delay for the time periods and the reasons checked below.

January 23, 2006  /s/  Kenneth P. Neiman
Date  U.S. Magistrate Judge

REFER TO DOCUMENT:   Agreement of the Parties and [34] Motion for Excludable Delay

| | | | |
|---|---|---|---|
| [ ] | XA | | Proceedings including examinations to determine mental competency or physical capacity in accord with 18 U.S.C.§3161(h)(1)(A) |
| [ ] | XD | | Interlocutory Appeal in accord with 18 U.S.C.§3161(h)(1)(E) |
| [ ] | XE | | Pretrial motions from filing date to hearing or disposition in accord with 18 U.S.C.§3161(h)(1)(F) |
| [ ] | XG | | Proceedings under advisement in accord with 18 U.S.C.§3161(h)(1)(J) |
| [ ] | XH | | Miscellaneous proceedings concerning defendant in accord with 18 U.S.C.§3161(h)(1) |
| [ ] | XM | | Absence or unavailability of defendant or essential Government witness in accord with 18 U.S.C.§3161(h)(3) |
| [ ] | XN | | Period of mental or physical incompetency or physical inability to stand trial in accord with 18 U.S.C.§3161(h)(4) |
| [X] | XT | 12/20/05-02/28/06 | Continuance granted in the interest of justice in accord with 18 U.S.C.§3161(h)(8) |