UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO.

05 CR 30045

| | |
|---|---|
| UNITED STATES OF AMERICA, | MOTION TO CONTINUE |
| VS. | PLEA HEARING |
| ENRIQUE GONZALEZ, | |
| DEFENDANT | |

Now comes the Defendant, Enrique Gonzalez, by and through his undersigned Attorney, Thomas F. McGuire, and moves This Honorable Court to continue the plea hearing from February 28, 2006 for two weeks because the Defendant's Counsel has just returned from a family vacation and is a sole practitioner who needs additional time to prepare the Defendant for a change of plea. Further, Counsel now has several conflicts which developed during his vacation, including a multiple defendant hearing for February 28, 2006.

ASSENTED TO:                                   THE DEFENDANT

                                               BY HIS ATTORNEY

*/s/ Paul H. Smyth*                            */s/ Thomas F. McGuire*

PAUL H. SMYTH                                  THOMAS F. MCGUIRE

ASSISTANT UNITED STATES ATTORNEY               1365 MAIN STREET

                                               SPRINGFIELD, MA. 01103

FEBRUARY 22, 2006                              413/746-3020 /FAX 746-4289