UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO:

05 CR 30045

UNITED STATES OF AMERICA,

VS.

ENRIQUE GONZALEZ,

DEFENDANT

MOTION TO CONTINUE

PLEA HEARING

Now comes the Defendant, Enrique Gonzalez, by and through his undersigned Attorney, Thomas F. McGuire, and moves This Honorable Court to continue the plea hearing from March 8, 2006 until March 15, 2006 because the Defendant's Counsel is suffering from the flu and is still unable to go to court.

THE DEFENDANT

BY HIS ATTORNEY

*/s/ Thomas F. McGuire*

THOMAS F. MCGUIRE

1365 MAIN STREET

SPRINGFIELD, MA. 01103

MARCH 3, 2006

413/746-3020 /FAX 746-4289