UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO:

05 CR 30045

UNITED STATES OF AMERICA,

MOTION TO CONTINUE

VS.

PLEA HEARING

ENRIQUE GONZALEZ,

DEFENDANT

Now comes the Defendant, Enrique Gonzalez, by and through his undersigned Attorney, Thomas F. McGuire, and moves This Honorable Court to continue the plea hearing from March 15, 2006 until March 22, 2006 because the Defendant's Counsel is recovering from the flu and needs additional time to speak with the Defendant.

THE DEFENDANT

BY HIS ATTORNEY

*/s/ Thomas F. McGuire*

THOMAS F. MCGUIRE

1365 MAIN STREET

SPRINGFIELD, MA. 01103

MARCH 14, 2006

413/746-3020 /FAX 746-4289