UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

SCANNED

CRIMINAL ACTION NO:

05 CR 30045

| | |
|---|---|
| UNITED STATES OF AMERICA, | MOTION TO CONTINUE |
| VS. | SENTENCING |
| ENRIQUE GONZALEZ, | |
| DEFENDANT | |

Now comes the Defendant, Enrique Gonzalez, by and through his undersigned Attorney, Thomas F. McGuire, and moves This Honorable Court to continue the sentencing hearing from July 14, 2006 until September 15, 2006 because the Defendant's Counsel has a medical emergency involving his son who has experienced a sudden hearing loss and will need surgery.

ASSENTED TO:

*(signature)* Paul H. Smyth by TFM
PAUL H. SMYTH

ASSISTANT UNITED STATES ATTORNEY

JUNE 28, 2006

THE DEFENDANT

BY HIS ATTORNEY

*(signature)* Thomas F. McGuire
THOMAS F. MCGUIRE

1365 MAIN STREET

SPRINGFIELD, MA. 01103

413/746-3020 /FAX 746-4289

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL ACTION NO: 05 CR 30045 - MAP |
| VS. | AFFIDAVIT IN SUPPORT OF MOTION TO CONTINUE SENTENCING |
| ENRIQUE GONZALEZ, DEFENDANT | |

I, Thomas F. McGuire, depose and say:

1. That I am the attorney for the Defendant in this case;

2. That my son, Thomas F. McGuire, Jr., has experienced a sudden hearing loss in his left ear;

3. That he has had bilateral neuro-sensoral hearing loss since about three years of age and has worn hearing aids since he was five;

4. That he has been tested numerous times in the last two months and had an MRI on June 19, 2006;

5. That, on June 26, 2006, we were told the results of the MRI and my son has a growth on the nerve in his left ear which must be removed to attempt to save his hearing;

6. That we will be seeing a number of physicians in many different locations in New England in order to decide on a course of treatment;

7. That I will not be able to prepare the pleadings and responses to adequately represent the Defendant for his sentencing on July 14, 2006 until my son's medical condition has been resolved.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS TWENTY-EIGHTH DAY OF JUNE, 2006.

THOMAS F. MCGUIRE