## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO:

05 CR 30045

UNITED STATES OF AMERICA,          MOTION TO CONTINUE

VS.                                 SENTENCING

ENRIQUE GONZALEZ,

### DEFENDANT

Now comes the Defendant, Enrique Gonzalez, by and through his undersigned Attorney, Thomas F. McGuire, and moves This Honorable Court to continue the sentencing from September 15, 2006 because the Defendant's Counsel is attempting to obtain police reports which were destroyed because of a computer system crash at the Holyoke Police Department. Counsel has obtained one report and is seeking another report which will provide the Court with information necessary to consider fully the Defendant's Motion to Depart the Guidelines. The Defendant seeks a one week continuance.

THE DEFENDANT

BY HIS ATTORNEY

THOMAS F. MCGUIRE

1365 MAIN STREET

SPRINGFIELD, MA. 01103

SEPTEMBER 12, 2006          413/746-3020 /FAX 746-4289