FILED

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO:

05 CR 30045

UNITED STATES OF AMERICA,

VS.

ENRIQUE GONZALEZ,

DEFENDANT

MOTION FOR A DOWNWARD DEPARTURE FROM THE SENTENCING GUIDELINES

Now comes the Defendant, Enrique Gonzalez, by and through his undersigned Attorney, Thomas F. McGuire, and moves This Honorable Court to allow a downward departure from the Sentencing Guidelines for the reasons stated in the attached Memorandum.

THE DEFENDANT

BY HIS ATTORNEY

THOMAS F. MCGUIRE

1365 MAIN STREET

SPRINGFIELD, MA. 01103

SEPTEMBER 8, 2006

413/746-3020/FAX413/746-4289