UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO:

05 CR 30045

UNITED STATES OF AMERICA,                    EMERGENCY MOTION TO CONTINUE

VS.                                          SENTENCING

ENRIQUE GONZALEZ,

DEFENDANT

Now comes the Defendant, Enrique Gonzalez, by and through his undersigned

Attorney, Thomas F. McGuire, and moves This Honorable Court to continue the

sentencing from September 27, 2006 because the Defendant's Counsel is unable to appear

in This Court because of a pinched nerve in his shoulder which is in constant pain.

Counsel is having xrays today and will see a physician on September 27, 2006. Cousel

has attached a note from his physician. The Defendant seeks a one week continuance.

THE DEFENDANT

BY HIS ATTORNEY

THOMAS F. MCGUIRE

1365 MAIN STREET

SPRINGFIELD, MA. 01103

SEPTEMBER 26, 2006                           413/746-3020 /FAX 746-4289

## Disability Certificate
1777 DWIGHT STREET
SPRINGFIELD, MA 01107
TEL. 732-4478

Dr. Glynn • Dr. Murray • Patricia Martin, RN, ANP • Laura O'Donnell, R.N., M.S., A.N.P.

Date 9-26-06

This is to certify that Thomas McGuire

has been under my professional care and was totally incapacitated from

9-25-06 to 9-27-06

Remarks:

Dr. _____

100 ☑   MURRAY&GLYNN   09/26/2006 10:39 FAX 4137327059   ☑ 001