UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL ACTION NO:

05 CR 30045

UNITED STATES OF AMERICA,

VS.

ENRIQUE GONZALEZ,

DEFENDANT

MOTION TO CONTINUE

SENTENCING

Now comes the Defendant, Enrique Gonzalez, by and through his undersigned Attorney, Thomas F. McGuire, and moves This Honorable Court to continue the sentencing from October 18, 2006 for the reason that the Defendant's counsel is not able to appear in This Court because of a pinched nerve in his neck which causes constant pain and requires Counsel to take pain medication which effects his mental awareness. Counsel had an MRI on October 13, 2006 and is waiting for his doctor to determine future treatment. The Defendant seeks a continuance for one month.

THE DEFENDANT

BY HIS ATTORNEY

THOMAS F. MCGUIRE

1365 MAIN STREET

SPRINGFIELD, MA. 01103

OCTOBER 16, 2006

413/746-3020 /FAX 746-4289