```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA,    )
                             )
         v.                  )   Criminal No. 05CR30045
                             )
ENRIQUE GONZALEZ,            )
         Defendant           )
```

### NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the sentence imposed by the district court (Ponsor, J.) on the defendant Enrique Gonzalez on December 14, 2006, and from the resulting <u>Judgment in a Criminal Case</u> entered on the docket on December 20, 2006.

```
                         Respectfully submitted,

                         MICHAEL J. SULLIVAN
                         United States Attorney

                         /s/ Paul Hart Smyth
                   By:   _____
                         PAUL HART SMYTH
                         Assistant U.S. Attorney
```

### Certificate of Service

I hereby certify that on January 3, 2007 this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

```
                         /s/ Paul Hart Smyth
                         _____
                         PAUL HART SMYTH
```

```
                                        Assistant U.S. Attorney
```