# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-30045-MAP

UNITED STATES OF AMERICA,

v.

ENRIQUE GONZALEZ,

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S  1 , 3-48.

and contained in   1   Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on  10/17/06                           .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A Thornton, Clerk of Court

By:   /s/ Mary Finn
      Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

O:\Clerks Office\Forms\Local\ClerksCertificate-COA.frm- 3/06

APPEAL

## United States District Court
## District of Massachusetts (Springfield)
## CRIMINAL DOCKET FOR CASE #: 3:05-cr-30045-MAP-ALL

Case title: USA v. Gonzalez

Date Filed: 06/09/2005

Assigned to: Judge Michael A Ponsor

### Defendant

**Enrique Gonzalez** (1)
*TERMINATED: 12/20/2006*

represented by **Perman Glenn, III**
Law Office of Perman Glenn, III
1163 Main Street
Springfield,, MA 01103
413-734-9955
Fax: 413-734-1255
Email: permanlaw@aol.com
*TERMINATED: 06/20/2005*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: CJA Appointment*

**Thomas F. McGuire**
1365 Main Street
Springfield, MA 01103
413-746-3020
Fax: 413-746-4289
Email: tomnd66@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

### Pending Counts

POSSESSION WITH INTENT TO
DISTRIBUTE AND DISTRIBUTION
OF COCAINE BASE, 21:841A=CD.F
(1)

### Disposition

96 mos., to consist of 96 mos. on ea. ct
to be served concurrently w/one
another; Jud. Rec. That def. be
permitted to participate in the 500 hour
Residential Drug Abuse Program and
that he be allowed to serve this sentence
at the Federal Facility located in Ft.
Devens, MA; Def. remanded to U.S.
Marshals; 4 yrs. Supervised Release to
consist of terms of 4 yrs on ea. ct. to be
served concurrently; Poss. no firearm;
Participate in program for substance

| | |
|---|---|
| | abuse as directed, which prog. may include testing, not to exceed 104 drug tests per yr and contribute to costs based on ability to pay; participate in mental health treatment prog. w/a focus on anger management as directed and contribute to costs based on ability to pay; $200 assessment fee due immediately; |
| POSSESSION WITH INTENT TO DISTRIBUTE AND DISTRIBUTION OF HEROIN, 21:841A=CD.F (2) | 96 mos., to consist of 96 mos. on ea. ct to be served concurrently w/one another; Jud. Rec. That def. be permitted to participate in the 500 hour Residential Drug Abuse Program and that he be allowed to serve this sentence at the Federal Facility located in Ft. Devens, MA; Def. remanded to U.S. Marshals; 4 yrs. Supervised Release to consist of terms of 4 yrs on ea. ct. to be served concurrently; Poss. no firearm; Participate in program for substance abuse as directed, which prog. may include testing, not to exceed 104 drug tests per yr and contribute to costs based on ability to pay; participate in mental health treatment prog. w/a focus on anger management as directed and contribute to costs based on ability to pay; $200 assessment fee due immediately; |

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                                    **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                           **Disposition**

None

---

**Plaintiff**

**USA**                                  represented by **Paul Smyth**

U.S. Attorney's Office
1550 Main St.
Springfield, MA 01103
413-785-0106
Email: paul.smyth@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/09/2005 | 1 | SEALED INDICTMENT as to Enrique Gonzalez (1) count(s) 1, 2. (Attachments: # 1 JS-45 Form) (Healy, Bethaney) (Entered: 06/13/2005) |
| 06/09/2005 | 3 | MOTION to Seal Case as to Enrique Gonzalezby USA. (Healy, Bethaney) (Entered: 06/13/2005) |
| 06/09/2005 | | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 3 Motion to Seal Case as to Enrique Gonzalez (1), ENTERED, cc:cl. (Healy, Bethaney) (Entered: 06/13/2005) |
| 06/09/2005 | 4 | NOTICE OF ATTORNEY APPEARANCE Paul Smyth appearing for USA. (Healy, Bethaney) (Entered: 06/13/2005) |
| 06/15/2005 | | Case unsealed as to Enrique Gonzalez (Healy, Bethaney) (Entered: 06/16/2005) |
| 06/15/2005 | | Arrest of Enrique Gonzalez (Healy, Bethaney) (Entered: 06/16/2005) |
| 06/15/2005 | 5 | Arrest Warrant Returned Executed on 6/15/05. as to Enrique Gonzalez. (Healy, Bethaney) (Entered: 06/16/2005) |
| 06/15/2005 | | Attorney update in case as to Enrique Gonzalez. Attorney Perman Glenn, III for Enrique Gonzalez added. (Healy, Bethaney) (Entered: 06/16/2005) |
| 06/15/2005 | | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Smyth and Glenn) appear for Initial Appearance and Arraignment as to Enrique Gonzalez (1) Count 1,2 held on 6/15/2005. Deft advised of rights and requests appt of counsel. Court appts Atty Glenn. Govt is moving for detention. Deft pleads not guilty to charges- schedule estd with order to issue. Deft ordered detained pending further hearing on 6/17/05 at 11:30 a.m. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 06/16/2005) |
| 06/15/2005 | 6 | NOTICE re automatic disclosure as to Enrique Gonzalez (Healy, Bethaney) (Entered: 06/16/2005) |
| 06/15/2005 | 7 | Magistrate Judge Kenneth P. Neiman. ORDER OF TEMPORARY DETENTION as to Enrique Gonzalez ENTERED, cc:cl. (Healy, Bethaney) (Entered: 06/16/2005) |
| 06/15/2005 | 8 | Magistrate Judge Kenneth P. Neiman. SCHEDULING ORDER as to Enrique Gonzalez ENTERED, cc:cl. Status Conference set for 8/2/2005 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; |

| | | |
|---|---|---|
| | | joint memo by 8/1/05 (Healy, Bethaney) (Entered: 06/16/2005) |
| 06/17/2005 | 🔵 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Smyth and McGuire) appear for Detention Hearing as to Enrique Gonzalez held on 6/17/2005. Deft waives the issue of detention at this time. Counsel shall bring forward a motion to reopen the issue at a later date. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 06/17/2005) |
| 06/17/2005 | 🔵9 | Magistrate Judge Kenneth P. Neiman. ORDER OF DETENTION Pending Trial as to Enrique Gonzalez ENTERED, cc:cl. (Healy, Bethaney) (Entered: 06/17/2005) |
| 06/17/2005 | 🔵10 | MOTION for Detention as to Enrique Gonzalezby USA. (Healy, Bethaney) (Entered: 06/20/2005) |
| 06/17/2005 | 🔵11 | NOTICE OF ATTORNEY APPEARANCE: Thomas F. McGuire appearing for Enrique Gonzalez (Healy, Bethaney) (Entered: 06/20/2005) |
| 06/17/2005 | 🔵12 | NOTICE re automatic disclosure as to Enrique Gonzalez (Healy, Bethaney) (Entered: 06/20/2005) |
| 06/20/2005 | 🔵 | Attorney update in case as to Enrique Gonzalez. Attorney Perman Glenn, III terminated. (Healy, Bethaney) (Entered: 06/20/2005) |
| 06/27/2005 | 🔵 | Judge Kenneth P. Neiman : Electronic ORDER entered granting without prejudice 10 Motion for Detention as to Enrique Gonzalez (1). See Document No. 9. (Neiman, Kenneth) (Entered: 06/27/2005) |
| 06/30/2005 | 🔵 | NOTICE OF HEARING as to Enrique Gonzalez ISSUED, cc:cl. Review of Detention Hearing set for 7/11/2005 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 06/30/2005) |
| 07/11/2005 | 🔵13 | MOTION to Reopen Detention Hearingas to Enrique Gonzalez. (Healy, Bethaney) (Entered: 07/11/2005) |
| 07/11/2005 | 🔵14 | NOTICE OF APPEAL of Conditions of Release by USA, USA as to Enrique Gonzalez Filing Fee: waived. (Smyth, Paul) Modified on 7/12/2005 (correcting filing fee) (Healy, Bethaney). (Entered: 07/11/2005) |
| 07/11/2005 | 🔵 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Smyth and McGuire) and Defendant appear for Motion Hearing as to Enrique Gonzalez held on 7/11/2005 re 13 MOTION for Release from Custody. Arguments heard. Colloquy with proposed sureties. Court establishes conditions of release, but does not release Defendant at this time. Prior to release, Defendant must secure employment and bonds must be signed and monies received from the sureties. At that time, Deft will be brought back to court and will be released. The court will establish the curfew hours after discussion about his proposed employment. Govt indicates it will file an appeal of the decision with District Judge Ponsor. Court indicates it will reduce the decision for release to writing. AUSA should be in contact with clerk's |

| | | |
|---|---|---|
| | | office to set a date for hearing before Judge Ponsor. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 07/12/2005) |
| 07/12/2005 | 🔵 | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 13 Motion for Release from Custody as to Enrique Gonzalez (1), ENTERED, cc:cl. (Healy, Bethaney) (Entered: 07/12/2005) |
| 07/13/2005 | 🔵15 | Magistrate Judge Kenneth P. Neiman. Memorandum with regard to Defendant's 13 MOTION for Release from Custody, ENTERED, cc:cl. (Healy, Bethaney) (Entered: 07/13/2005) |
| 07/21/2005 | 🔵16 | PROPOSED ORDER(S) as to Enrique Gonzalez: Proposed Order Setting Conditions of Release. (Attachments: # 1 Executed Appearance Bonds) (Conditions are set as ordered in Magistrate Judge Neiman's Memorandum and Order with respect to 15 Motion for Relief from Custody, but Defendant remains in custody at this time )(Healy, Bethaney) (Entered: 07/21/2005) |
| 07/25/2005 | 🔵17 | NOTICE OF HEARING ON MOTION as to Enrique Gonzalez Motion Hearing set for 8/8/2005 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. Re: APPEAL OF DETENTION (Notice of Appeal dkt no. 14) Government may file memorandum of law on or before 7/29/05; Defendant may respond on or before 8/5/05(French, Elizabeth) Additional attachment(s) added on 7/25/2005 (Finn, Mary). (Entered: 07/25/2005) |
| 07/26/2005 | 🔵 | NOTICE OF RESCHEDULING as to Enrique Gonzalez, ISSUED, cc:cl. Initial Status Conference set for 8/4/2005 at 3:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 07/26/2005) |
| 07/29/2005 | 🔵18 | Govt's Memorandum of Law in support of pre-trial detention as to Enrique Gonzalez by United States of America filed. (Finn, Mary) (Entered: 07/29/2005) |
| 08/01/2005 | 🔵19 | Letter (non-motion) regarding Automatic Discovery as to Enrique Gonzalez (Lindsay, Maurice) (Entered: 08/01/2005) |
| 08/01/2005 | 🔵20 | Letter (non-motion) regarding Request for list of discovery items as to Enrique Gonzalez (Lindsay, Maurice) (Entered: 08/01/2005) |
| 08/03/2005 | 🔵21 | STATUS REPORT by USA as to Enrique Gonzalez (Smyth, Paul) (Entered: 08/03/2005) |
| 08/03/2005 | 🔵22 | Letter (non-motion) regarding Discovery as to Enrique Gonzalez (Lindsay, Maurice) (Entered: 08/03/2005) |
| 08/04/2005 | 🔵 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Smyth and McGuire) appear for Initial Status Conference as to Enrique Gonzalez held on 8/4/2005. Counsel file joint memorandum in open court. Colloquy re: status of discovery. Scheduling Order to issue. (Court Reporter FTR.) (Healy, Bethaney) (Entered: 08/04/2005) |
| | | |

| 08/04/2005 | 23 | Magistrate Judge Kenneth P. Neiman. INITIAL STATUS REPORT as to Enrique Gonzalez, cc:cl. (Healy, Bethaney) (Entered: 08/05/2005) |
|---|---|---|
| 08/04/2005 | 24 | MagistrateJudge Kenneth P. Neiman. INTERIM SCHEDULING ORDER as to Enrique Gonzalez ENTERED, cc:cl. Interim Status Conference set for 10/12/2005 at 2:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo by 10/11/05. (Healy, Bethaney) (Entered: 08/05/2005) |
| 08/05/2005 | 25 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Enrique Gonzalez, ENTERED, cc:cl. Time excluded from June 15, 2005 until August 2, 2005. (Healy, Bethaney) (Entered: 08/05/2005) |
| 08/08/2005 | 26 | Deft's Memorandum in support of Magistrate's decision of conditions of pretrial release as to Enrique Gonzalez filed. (Finn, Mary) (Entered: 08/08/2005) |
| 08/08/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Michael A Ponsor :Hearing re: Appeal of Release Order as to Enrique Gonzalez held on 8/8/2005 Court rules defendant shall be detained - release denied (Court Reporter Alice Moran.) (French, Elizabeth) Modified on 8/9/2005 for typographical error (French, Elizabeth). (Entered: 08/08/2005) |
| 08/08/2005 |  | Judge Michael A Ponsor : Electronic ORDER entered. ORAL ORDER as to Enrique Gonzalez - Defendant to be detained pending trial (risk of Flight) (French, Elizabeth) (Entered: 08/08/2005) |
| 08/09/2005 | 27 | Judge Michael A Ponsor : Electronic ORDER entered. ORDER OF DETENTION PENDING TRIAL as to Enrique Gonzalez (French, Elizabeth) (Entered: 08/09/2005) |
| 09/07/2005 | 28 | Letter (non-motion) regarding Defendant's Discovery Request Letter as to Enrique Gonzalez (Smyth, Paul) (Entered: 09/07/2005) |
| 10/07/2005 | 29 | Joint MOTION to Continue to October 20, 2005 to Status Hearing as to Enrique Gonzalezby USA. (Smyth, Paul) (Entered: 10/07/2005) |
| 10/07/2005 |  | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 29 Motion to Continue Status Conference as to Enrique Gonzalez (1), ENTERED, cc:cl. ALLOWED. Status Conference continued to October 20, 2005, 2:30 p.m. in Courtroom Three. Joint memorandum by 10/18/05. (Healy, Bethaney) (Entered: 10/07/2005) |
| 10/20/2005 |  | ElectronicClerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Smyth and McGuire) appear for Status Conference as to Enrique Gonzalez held on 10/20/2005. Deft moves orally for continuance of status conference for sixty days. Govt assents to continuance. Court allows continuance and reschedules a final conference to 12/20/05 at 2:00 p.m. No further scheduling order to issue at this time. Govt to file motion to exclude time between now and 12/20/05. (Healy, Bethaney) (Entered: 10/20/2005) |
| 10/20/2005 |  | Set/Reset Hearings as to Enrique Gonzalez: Final Status Conference set |

| | | |
|---|---|---|
| | | for 12/20/2005 at 2:00 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman; joint memo due by 12/19/05. (Healy, Bethaney) (Entered: 10/20/2005) |
| 10/20/2005 | 🔵 | ORAL MOTION to Continue Status Conference for Sixty Days as to Enrique Gonzalez, filed. (Healy, Bethaney) (Entered: 10/20/2005) |
| 10/20/2005 | 🔵 | Magistrate Judge Kenneth P. Neiman. ORALORDER granting [] Motion to Continue Status Coference for Sixty Days as to Enrique Gonzalez (1), ENTERED. Final Status Conference set for December 20, 2005 at 2:00 p.m. (Healy, Bethaney) (Entered: 10/20/2005) |
| 10/21/2005 | 🔵30 | Govt's MOTION for an Order of Excludable Delay for the time period from October 12, 2005 to December 20, 2005 as to Enrique Gonzalezby USA filed. (Finn, Mary) (Entered: 10/21/2005) |
| 10/25/2005 | 🔵 | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 30 Motion for an Order of Excludable Delay from 10/12/05-12/20/05 as to Enrique Gonzalez (1), ENTERED, cc:cl. ALLOWED for all the reasons stated in open court on 10/20/05 and for the reasons set forth in the Government's Motion. (Healy, Bethaney) (Entered: 10/25/2005) |
| 12/20/2005 | 🔵 | Electronic Clerk's Notes for proceedings held before Magistrate Judge Kenneth P. Neiman. Counsel (Attys Smyth and McGuire) appear for Status Conference as to Enrique Gonzalez held on 12/20/2005. Deft requests continuance of hearing until mid to late January, 2006. Court allows Deft's request. Status Confrence continued to 1/17/06 at 2:00 p.m. in Courtroom Three. No further order to issue at this time. (Digital Recording #FTR.) (Healy, Bethaney) (Entered: 12/20/2005) |
| 12/20/2005 | 🔵31 | JOINT MEMORANDUM of the parties re status conference by Enrique Gonzalez and U.S.A. (Healy, Bethaney) (Entered: 12/21/2005) |
| 01/17/2006 | 🔵 | Clerk received a telephone call from Atty McGuire who requested that the court continue today's status conference due to a family medical emergency. Clerk set a new date for the conference (01/20/06 at 1:30 p.m.). Notice to issue. (Healy, Bethaney) (Entered: 01/17/2006) |
| 01/17/2006 | 🔵 | NOTICE OF RESCHEDULING as to Enrique Gonzalez ISSUED, cc:cl. Status Conference moved to 1/20/2006 at 1:30 PM in Courtroom 3 before Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 01/17/2006) |
| 01/20/2006 | 🔵32 | STATUS REPORT by USA as to Enrique Gonzalez (Smyth, Paul) (Entered: 01/20/2006) |
| 01/20/2006 | 🔵33 | Judge Kenneth P. Neiman : FINAL STATUS REPORT as to Enrique Gonzalez entered. All discovery has been completed. Change of Plea Hearing set for 2/28/2006 at 02:00 PM in Courtroom 1 before Judge Michael A Ponsor; cc/cl. (Finn, Mary) (Entered: 01/20/2006) |
| 01/20/2006 | 🔵 | ElectronicClerk's Notes for proceedings held before Judge Kenneth P. Neiman :Status Conference as to Enrique Gonzalez held on 1/20/2006 Change of Plea Hearing set for 2/28/2006 02:00 PM in Courtroom 1 |

| | | |
|---|---|---|
| | | before Judge Michael A Ponsor. (Digital Recording #CD.) (Stuckenbruck, John) (Entered: 01/23/2006) |
| 01/22/2006 | ◯ 34 | Assented to MOTION for Excludable Delay from December 20, 2005 to February 28, 2006 as to Enrique Gonzalezby USA. (Smyth, Paul) (Entered: 01/22/2006) |
| 01/23/2006 | ◯ | Magistrate Judge Kenneth P. Neiman. ELECTRONIC ORDER granting 34 Motion for Order of Excludable Delay as to Enrique Gonzalez (1), ENTERED, cc:cl. ALLOWED. The court finds in this circumstance that the interests of justice outweigh the usual interest in a speedy trial. A separate order shall issue. (Healy, Bethaney) (Entered: 01/23/2006) |
| 01/23/2006 | ◯ 35 | Magistrate Judge Kenneth P. Neiman. ORDER ON EXCLUDABLE DELAY as to Enrique Gonzalez ENTERED, cc:cl. Time excluded from December 20, 2005 until February 28, 2006. (Healy, Bethaney) (Entered: 01/23/2006) |
| 02/23/2006 | ◯ 36 | Deft's Assented to MOTION to Continue the plea hearing set for 2/28/2006 for two (2) weeks as to Enrique Gonzalez filed. (Finn, Mary) (Entered: 02/23/2006) |
| 02/24/2006 | ◯ | Judge Michael A Ponsor : Electronic ORDER entered granting 36 Motion to Continue as to Enrique Gonzalez (1) Change of Plea Hearing set for 3/8/2006 02:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 02/24/2006) |
| 02/24/2006 | ◯ | Notice issued to Attorney McGuire regarding mandatory registration with ECF in compliance with the Standing Order entered by Judge Ponsor and Magistrate Judge Neiman as to Enrique Gonzalez. (French, Elizabeth) (Entered: 02/24/2006) |
| 03/03/2006 | ◯ 37 | MOTION to Continue plea hearing as to Enrique Gonzalez. (French, Elizabeth) (Entered: 03/03/2006) |
| 03/03/2006 | ◯ | Judge Michael A Ponsor : Electronic ORDER entered granting 37 Motion to Continue as to Enrique Gonzalez (1) Change of Plea reset for 3/15/2006 03:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) Modified on 3/3/2006 (French, Elizabeth). Modified on 3/3/2006 to correct date of plea(French, Elizabeth). (Entered: 03/03/2006) |
| 03/10/2006 | ◯ | Case as to Enrique Gonzalez no longer referred to Magistrate Judge Kenneth P. Neiman. (Healy, Bethaney) (Entered: 03/10/2006) |
| 03/14/2006 | ◯ | NOTICE TO COUNSEL as to Enrique Gonzalez: CHANGE OF PLEA HEARING SET FOR 3/15/06 AT 3:30 P.M. SHALL BE CONVERTED TO A STATUS CONFERENCE; COUNSEL TO BE CONTACTED BY PHONE; MARSHALS NOTIFIED DEFENDANT NOT NEEDED; INTERPRETER CANCELLED (French, Elizabeth) Modified on 3/14/2006 (French, Elizabeth). (Entered: 03/14/2006) |
| 03/14/2006 | ◯ 38 | Deft's MOTION to Continue the plea hearing set for 3/15/2006 to 3/22/2006 as to Enrique Gonzalez filed. (Finn, Mary) (Entered: |

|  |  |  |
|---|---|---|
|  |  | 03/14/2006) |
| 03/15/2006 |  | Judge Michael A Ponsor : Electronic ORDER entered - STATUS CONFERENCE HELD ON MOTION TO CONTINUE CHANGE OF PLEA HEARING; COURT GRANTS 38 Motion to Continue as to Enrique Gonzalez (1) Change of Plea Hearing RESET for 4/3/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 03/15/2006) |
| 03/31/2006 |  | NOTICE OF RESCHEDULING - TIME ONLY as to Enrique Gonzalez Change of Plea Hearing set for 4/3/2006 AT 2:00 PM SHALL BE HELD AT 3:00 P.M. (TIME CHANGE ONLY) in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 03/31/2006) |
| 04/03/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor : Change of Plea did not go forward, therefore, status conference or plea if appropriate set for 4/12/06 at 2:30 p.m. Interpreter notified as defendant shall be presentHearing as to Enrique Gonzalez held on 4/3/2006 (Court Reporter Alice Moran.) (Interpreter utilized) (French, Elizabeth) (Entered: 04/04/2006) |
| 04/12/2006 |  | NOTICE OF RESCHEDULING as to Enrique Gonzalez Change of Plea Hearing RESET for 4/17/2006 03:00 PM in Courtroom 1 before Judge Michael A Ponsor. Interpreter to be contacted Counsel notified by phone (French, Elizabeth) (Entered: 04/12/2006) |
| 04/17/2006 |  | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Change of Plea Hearing as to Enrique Gonzalez held on 4/17/2006, Plea entered by Enrique Gonzalez (1) Guilty Count 1,2. Sentencing set for 7/14/06@ 2:00 PM. (Court Reporter Sarah Mubarek.) (Stuckenbruck, John) (Entered: 04/18/2006) |
| 04/18/2006 | 39 | Judge Michael A Ponsor : Electronic ORDER entered. PROCEDURAL ORDER re sentencing hearing as to Enrique Gonzalez Sentencing set for 7/14/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (Stuckenbruck, John) (Entered: 04/18/2006) |
| 06/28/2006 | 40 | Deft's MOTION to Continue the sentencing hearing set for 7/14/2006 to 9/15/2006 as to Enrique Gonzalez filed. (Finn, Mary) Additional attachment(s) added on 6/29/2006 (Finn, Mary). (Entered: 06/29/2006) |
| 06/29/2006 |  | Judge Michael A Ponsor : endorsedORDER entered granting 40 Motion to Continue as to Enrique Gonzalez (1) Sentencing RESET for 9/15/2006 02:30 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 06/29/2006) |
| 09/06/2006 | 41 | OBJECTION TO PRESENTENCE INVESTIGATION REPORT by Enrique Gonzalez (Attachments: # 1 Exhibit A)(Lindsay, Maurice) (Entered: 09/06/2006) |
| 09/12/2006 | 42 | MOTION to Continue sentencing for one weekas to Enrique Gonzalez. (French, Elizabeth) (Entered: 09/12/2006) |
| 09/12/2006 |  | Judge Michael A Ponsor : endorsedORDER entered granting 42 Motion |

| | | |
|---|---|---|
| | | to Continue as to Enrique Gonzalez (1) SENTENCING RESET9/27/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 09/12/2006) |
| 09/14/2006 | 43 | Dft's MOTION for Downward Departure from the sentencing guidelines as to Enrique Gonzalez. (Lindsay, Maurice) (Entered: 09/14/2006) |
| 09/14/2006 | 44 | Dft's MEMORANDUM in Support by Enrique Gonzalez re 43 MOTION for Downward Departure (Attachments: # 1 Exhibit A# (2) Exhibit B) (Lindsay, Maurice) Additional attachment(s) added on 9/15/2006 (Finn, Mary). (Entered: 09/14/2006) |
| 09/26/2006 | 45 | EMERGENCY MOTION to Continue the 9/27/06 Sentencing for one week as to Enrique Gonzalez, filed. (Attachments: # 1 disability certificate)(Healy, Bethaney) (Entered: 09/26/2006) |
| 09/26/2006 | | Judge Michael A Ponsor : endorsedORDER entered granting 45 Motion to Continue as to Enrique Gonzalez (1) Sentencing RESET for 10/18/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 09/26/2006) |
| 10/16/2006 | 46 | Deft's MOTION to Continue the sentencing set for 10/18/2006 for one (10 month as to Enrique Gonzalez filed.. (Finn, Mary) Modified on 10/16/2006 to add "for one (1) month". (Finn, Mary). (Entered: 10/16/2006) |
| 10/16/2006 | | Judge Michael A Ponsor : endorsedORDER entered 46 Motion to Continue as to Enrique Gonzalez (1) "Allowed reluctantly. There have been an unusual number of continuances in this case. The Clerk will set a date for the sentencing after November 18, 2006. Counsel is ordered to prepare stand in counsel to appear in his place, if necessary, to insure there are no further requests to postpone disposition. Sentencing WILL go forward on the new date with current counsel or thoroughly prepared substitute counsel. So Ordered. Sentencing RESET for 12/6/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 10/17/2006) |
| 10/25/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to Enrique Gonzalez Sentencing RESET PER REQUEST OF PROBATION DUE TO UNAVAILABILITY FROM 12/6/06 TO 12/14/2006 02:00 PM in Courtroom 1 before Judge Michael A Ponsor. (French, Elizabeth) (Entered: 10/25/2006) |
| 12/14/2006 | | ElectronicClerk's Notes for proceedings held before Judge Michael A Ponsor :Sentencing held on 12/14/2006 for Enrique Gonzalez (1), Count (s) 1, 2, 96 mos., to consist of 96 mos. on ea. ct to be served concurrently w/one another; Jud. Rec. That def. be permitted to participate in the 500 hour Residential Drug Abuse Program and that he be allowed to serve this sentence at the Federal Facility located in Ft. Devens, MA; Def. remanded to U.S. Marshals; 4 yrs. Supervised Release to consist of terms of 4 yrs on ea. ct. to be served concurrently; Poss. no firearm; Participate in program for substance abuse as directed, which prog. may include testing, not to exceed 104 drug tests per yr and contribute to costs based |

| | | |
|---|---|---|
| | | on ability to pay; participate in mental health treatment prog. w/a focus on anger management as directed and contribute to costs based on ability to pay; $200 assessment fee due immediately;. (Interpreter utilized - Illya Rodriguez) (Court Reporter Alice Moran.) (French, Elizabeth) (Entered: 12/19/2006) |
| 12/20/2006 | 47 | Judge Michael A Ponsor : ORDER entered. JUDGMENT as to Enrique Gonzalez (1), Count(s) 1, 2, 96 mos., to consist of 96 mos. on ea. ct to be served concurrently w/one another; Jud. Rec. That def. be permitted to participate in the 500 hour Residential Drug Abuse Program and that he be allowed to serve this sentence at the Federal Facility located in Ft. Devens, MA; Def. remanded to U.S. Marshals; 4 yrs. Supervised Release to consist of terms of 4 yrs on ea. ct. to be served concurrently; Poss. no firearm; Participate in program for substance abuse as directed, which prog. may include testing, not to exceed 104 drug tests per yr and contribute to costs based on ability to pay; participate in mental health treatment prog. w/a focus on anger management as directed and contribute to costs based on ability to pay; $200 assessment fee due immediately; (French, Elizabeth) (Entered: 12/20/2006) |
| 01/03/2007 | 48 | NOTICE OF APPEAL by USA as to Enrique Gonzalez NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. (Smyth, Paul) (Entered: 01/03/2007) |
| 01/04/2007 | 49 | Certified and Transmitted Record on Appeal as to Enrique Gonzalez to US Court of Appeals re 48 Notice of Appeal - Final Judgment. Numbers 1, 3 - 48. (Finn, Mary) (Entered: 01/04/2007) |