# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-30045-MAP

UNITED STATES OF AMERICA,

v.

ENRIQUE GONZALEZ,

JAN 5 REC'D

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

#'S 1, 3-48.

and contained in   1   Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 10/17/06 .

In testimony whereof, I hereunto set my hand and affix the seal of this Court on . 1/9/07

Sarah A Thornton, Clerk of Court

By:   /s/ Mary Finn

Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 1/9/07 .

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED:   07-1005

O:\Clerks Office\Forms\Local\ClerksCertificate-COA.frm- 3/06