## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA** )
                                             )
**v.**                                     )        **Criminal No.  05-30045-MAP**
                                             )
**ENRIQUE GONZALEZ**          )
       **Defendant**            )

### GOVERNMENT'S MOTION TO MAKE TRANSLATION OF LETTER
### PART OF RECORD ON APPEAL

Pursuant to FRAP 10(e)(2), the government respectfully requests that the Court make part of the record the translation of the letter written in Spanish that the defendant filed in connection with sentencing.  Both the untranslated Spanish-language letter filed by the defendant and the translation, completed by interpreter Laura Eastma,  are attached for the Court's convenience.

In support of this motion, the government states the following:

1.      The government has filed a notice of appeal from the Court's decision to downward depart from the defendant's guideline sentencing range.  That appeal is pending in the Court of Appeals and the government's brief is due on May 24, 2007.

2.      FRAP 10(e)(2) provides that if "anything material to either party is omitted from...the record by error or accident, the omission...may be corrected and a supplemental record may be certified and forwarded*** by the district court before or after the record has been forwarded."  The Court considered a translation of the letter and so that translation should be available to the parties for use in any appeal, as well as available to the Court of Appeals.  See also 48 U.S.C. §864 ("All pleadings...in the United States District Court...shall be conducted in the English language.").

For these reasons, the government respectfully requests that the Court allow this motion, and order that the translated letter be made part of the record, and that a supplemental record be certified to the Court of Appeals.

Respectfully submitted,

MICHAEL J.  SULLIVAN
United States Attorney

By:     */s/ Paul Smyth*
PAUL SMYTH
Assistant United States Attorney

Certificate of Service

I hereby certify that on May 4, 2007, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ Paul Smyth*
PAUL SMYTH
Assistant United States Attorney

2

To Whom It May Concern;

I, Victor Virella, uncle of Enrique Gonzalez, want to let you know that we, his family, want to be with our nephew Enrique because we know that he deserves to be free and enjoy with us the happy moments of life. Even though those things that had deprived him of his freedom have been mistakes, we know that the day he recovers his freedom he will be able to show his good behavior. The young man is very different from what his mistaken behavior has shown.

Since he was a child, Enrique never had the affection of his parents, because his father was never there and his mother died when he was very young. But regardless of lacking the affection of his parents he grew up with his maternal grandparents and was always a very active kid who liked sports and had a great desire to succeed in soccer because he is very good in that sport. Also he is very much loved by our entire family and we miss him very much because of all the nice moments we lived together we want to have him close. I hope that with our love and desire to have him close you can understand with these few words what kind of young man Enrique is and you can understand who he really is. Even though he had tough times in his life he is as valuable for us.

Sincerely
Victor Virella and family

Translated by Laura Eastment, federally certified court interpreter

10-2-06

A quien pueda interesar:

Yo Victor Virella tío de Enrique Gonzalez deseo dejar saber que nosotros su familia deseamos estar kon nuestro sobrino Enrique pues sabemos que el merece ser libre y disfrutar con nosotros de los momentos felices de la vida. Pues ha pesar de todas esas cosas por las cuales el esta privado de su libertad han sido errores que nosotros sabemos que el dia que el recobre su libertad va a saber demostrar con su buen comportamiento el joven muy diferente que es el a lo que ha dejado ver su comportamiento erroneo Enrique desde niño nunca pudo tener el afecto de sus padres ya que su padre nunca estuvo y su madre murio el siendo el un jovencito. Pero a pesar de todas esas carencias

de afecto paternos. Crecio
con sus abuelos maternos
y fue siempre un muchacho
activo, deportista con
muchos deseos de
triunfar en el balon pie
pues es muy bueno en ese
deporte. Tambien es
querido por toda nuestra
familia y lo extañamos
mucho y por eso y tantas
cosas bonitas que
vivimos juntos deseamos
tenerlo cerca. Espero
que con nuestro amor
y deseos de tener lo cerca
y puedan entender con estas
pocas palabras que muchach
es Enrique y puedan enter
der quien es el en realidad
a pesar de todos los contra
tiempos de su vida y sea de
el mismo valor que para
nosotros.

Sinceramente,
Victor Virvella y fam