# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

USCA Docket Number: 05-30045-MAP

USDC Docket Number : 07-1065

UNITED STATES OF AMERICA,

v.

ENRIQUE GONZALEZ,

## CLERK'S SUPPLEMENTAL CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

DOCUMENT 57- MEMORANDUM RE:   SENTENCING - dated 5/09/2007

are the original or electronically filed pleadings to be included with the record on appeal in the above entitled case.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on .

Sarah A. Thornton, Clerk of Court

By:   /s/ Mary Finn  -  5/11/2007
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: _____.

_____
Deputy Clerk, US Court  of Appeals