UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.            ) | Criminal No.  05-CR-30045 |
| ) | |
| ENRIQUE GONZALEZ ) | |
|       Defendant ) | |

**GOVERNMENT'S MOTION TO MAKE LETTERS SUBMITTED ON DEFENDANT'S BEHALF**
<u>**PART OF RECORD ON APPEAL**</u>

<u>Assented To</u>

Pursuant to FRAP 10(e)(2), the government respectfully requests that the Court make part of the record of the above-captioned case four letters written by the defendant's friends and family (from Brenda Ayala, Evelin Feliciano, Ishmael Ayala, and Johan Rodriguez) and defense counsel's cover letter transmitting those four letters to the Court; these letters were submitted to the Court but do not seem to be in the Court record. The five letters are attached for the Court's convenience.

In support of this motion, the government states the following:

1.      The government's appeal of the Court's decision to impose a sentence outside the Guidelines is pending in the Court of Appeals.

2.      FRAP 10(e)(2) provides that if "anything material to either party is omitted from...the record by error or accident, the omission...may be corrected and a supplemental record may be certified and forwarded***(B) by the district court before or after the record has been forwarded."

3.      The four letters from family and friends attached to this motion were submitted to

the Court by the defendant via the attached November 17, 2006 cover letter in connection with sentencing and were referred to by the Court during the sentencing hearing. The November 17, 2006 letter and attachments were not filed electronically and are not contained within the file that was transmitted by the district court to the Court of Appeals; thus, they do not appear to be in the record of the case. The defendant submitted one other letter in the November 17, 2006 package of materials: a letter written in Spanish by his uncle Victor Virella. That letter was previously made part of the record of the case, in connection with the government's motion to make an English translation of the letter part of the record. [See Docket No. 55].

   4.  The letters will complete the appellate record of documents that were before the Court during the course of the district court proceedings.

   6.  On July 30, 2007, AUSA Dina Michael Chaitowitz, who is handling the appeal for the government, spoke to Thomas F. McGuire over the telephone and he assents to this motion.

   7.  To comply with the ECF privacy rules, the government has redacted the street addresses of individuals who wrote letters on the defendant's behalf.

For these reasons, the government respectfully requests that the Court allow this motion, and order that the letters be made part of the record, and that a supplemental record be certified to the Court of Appeals.

                          Respectfully submitted,

                          MICHAEL J. SULLIVAN
                          United States Attorney

                          /s/ Paul Hart Smyth
By:   _____
                          PAUL HART SMYTH
                          DINA MICHAEL CHAITOWITZ
                          Assistant United States Attorney

                          Certificate of Service

     I hereby certify that on July 31, 2007, this motion filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                          /s/ Paul Hart Smyth
                          _____
                          PAUL HART SMYTH
                          Assistant United States Attorney

I Brenda Ayala, who lives @ 98-T Longhill St Spfld, MA. I've been living in Spfld, Ma for 30 yrs. I went to school here. I got my G.E.D. & CNA. I've been working with elderly people for 10 yrs. I don't have a crimenal record. I meet Enrique Gonzalez in the beginning of January of 2005. We bacame very good friends @ first. Then he became my boyfriend. I meet a caring & loving man. We got married Dec. 23. 2005. When Enrique was out we took every weekend, we went to RI to pick up his daughter. (Juiseyes Gonzalez). As a family we did alot together. I have 2 boys. Malcolm 16 yrs, Marquis 13 yrs, My boys love & respect Enrique. Enrique earned my boys' respect. We attended church every Sunday. He lost his parents when he was a young boy, 11 yr old. His grandparents raised him until he was 16 yrs. He finished High School in the upper half of his class. When his grandparents passed away. His aunt, Ivette Gonzalez brought him to RI from P.R. Enrique has earned the love of my parents. From a casual, but respectful beginning to his living with me, Enrique discontinued drug use and sales. My main thurst was to have him seek employment and further his education. I've continued to urge Enrique that whatever happens he is to use this opportunity not as a liability, but rather as an asset. By furthering his education in whatever he can, will, in the long run be his greatest asset. Your honor not with standing, Enrique past, I have faith that the final outcome will be positive

Sincerely,
Brenda Ayala

EVELIN FELICIANO



To whom it may concern:

The present letter is to talk about Enrique Gonzalez who is my nephew. I want to communicate you that my nephew Enrique Gonzalez is not what the society thinks he is. My nephew is very humble, friendly, his respectful. Maybe he has committed errors in his life. Therefore I think they can be reparable but, like a human being he is very helpful, vulnerable, caring person and has a good heart. I don't tell you this just because he's my nephew, but because he has suffered a lot in his life. Also he's an orphan from both parents and his father never recognized him as a son in other words he didn't sign his birth certificate, and never met his dad. Therefore he was raised by his grand parents on the maternal side. Which they past away and he went to live with his aunt Ivette Gonzalez. But also he has been a good father to his daughters even though he has passed 5 years of his life in prison. I believe that the errors that he committed were based on his ignorance, and have helped him to get more mature, and you learn from making errors. I hope that you could give him a new opportunity now that he's repented. We are a very united family and we feel in our heart that he's going through this situation. If is not a lot to ask with all our heart a new opportunity for him because I know he will learn from his errors. Is on you to give him a new opportunity in the life of Enrique Gonzalez. I have nothing else to say, and God bless all of you, may God be with you all.

Sincerely

*Evelin Feliciano*

Evelin Feliciano

Case 3:05-cr-30045-MAP    Document 59-4    Filed 07/31/2007    Page 1 of 1



JOHAN RODRIGUEZ

To Whom It May Concern:

My name is Johan Rodriguez and I'm a good friend of Enrique Gonzalez. I know him approximately 12 years, I know a good working responsible person, friendly around people good to the community. I never seeing him in a bad move he was always smiling helping everybody. He was very respectful to others and me. A good father I don't believe that he's a menace to society because the way he was we us and neighbors. If he has make mistakes in his life nobody is perfect. And I believe people need a second chance. Well all I could say is that he has a good heart. God bless you all.

*Johan Rodriguez*
Sincerely

Johan Rodriguez

To whom it may concern:

I hope that this letter may change your mind on his sentence. I Elennaci Oyola have been knowing the defendant for three years. He is a good man that has had a tough life, growing up without his parents and any help from his family. He has had to learn everything on his own or on the streets. He is someone you can trust and depend on when you need him. He has made a lot of mistakes in his life and wishes he can take it back. He has learn from his mistakes and has changed since he has been in there. It has opened his eyes and showed him is not worth wasting his life in there, when he can be doing better things with his life.

I believe he is a change person and has learn from his mistakes. I hope he gets a second chance

to show that he is a good man and proof that he can get a job and start his life over.

Sincerely,
Lonnall Oyola.

# THOMAS F. McGUIRE
ATTORNEY AT LAW
THE MARKET PLACE
1365 MAIN STREET
SPRINGFIELD, MASSACHUSETTS 01103

MEMBER OF MICHIGAN
AND MASSACHUSETTS BARS

TEL: (413) 746-3020
FAX: (413) 746-4289

November 17, 2006

Ms. Elizabeth French
Assistant Clerk
United States District Court
1550 Main Street
Springfield, Ma. 01103

RECEIVED
U.S. ATTORNEY
SPRINGFIELD MA
2006 NOV 21 A 11: 12

Re: U. S. v. Enrique Gonzalez
    U. S. D. C. Criminal Action No. 05 CR 30045

Dear Assistant Clerk French:

I have enclosed for filing in this case a series of letters from relatives and a friend of the Defendant, Enrique Gonzalez. None of these individuals were contacted in the preparation of the pre-sentence report in this case. No interviews were conducted for the pre-sentence investigation.

The letters are from the following persons who are related to the Defendant as indicated:

1. Ms. Brenda Ayala          Wife
2. Ms. Evelin Feliciano      Aunt
3. Mr. Ishmael Ayala         Brother-in-law
4. Mr. Victor Virella        Uncle
5. Mr. Johan Rodriguez       Friend

These letters were written to provide This Honorable Court with a picture of Enrique Gonzalez as a person. These various individuals know the Defendant in depth. I would ask that This Honorable Court take this information into consideration in arriving at a fair sentence in this case. Kindly bring these documents to Judge Ponsor's attention at your earliest convenience.

Thank you for your anticipated cooperation.

Sincerely,

Thomas F. McGuire

TFM/jam
Encl.
Cc:
A.U.S.A. Paul Smyth