# MANDATE

05-30045
USDC/MA-Sp
Ponsor, M.

# United States Court of Appeals
## For the First Circuit

No. 07-1065

UNITED STATES

Appellant

v.

ENRIQUE GONZALEZ

Defendant - Appellee

**JUDGMENT**

Entered: December 27, 2007
Pursuant to 1st Cir. R. 27.0(d)

Upon consideration of appellant's assented-to motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b) with each party to bear its own costs.

Mandate to issue forthwith.

Certified and Issued as Mandate under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

Deputy Clerk

Date: 12/27/07

By the Court:
Richard Cushing Donovan, Clerk

By_____
Appeals Attorney

[cc: Thomas F. McGuire, Esq., Paul Hart Smyth, AUSA,
Dina Michael Chaitowitz, AUSA]