05 CR 30045-MAP                    2-29-08

To: Clerks office

My name is Enrique Gonzalez and I am currently serving a ninety-six month sentence. I would like to receive a copy of my sentencing transcripts. Thank you

Sincerely
Enrique Gonzalez

05CR 30045-MAP

01/10/2007   (*51)   TRANSCRIPT of Sentencing as to Enrique Gonzalez held on December 14, 2006 before Judge Ponsor. Court Reporter: Alice Moran. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at 413/731-0086 or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/11/2007)

Enrique Gonzalez, Reg # 90870-038
Federal Correctional Institution Ray Brook
P.O. Box 9005
Ray Brook, New York 12977