

**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
DISTRICT OF MASSACHUSETTS
1550 MAIN STREET, ROOM 521
SPRINGFIELD, MASSACHUSETTS 01103
TELEPHONE: 413-785-0015

SARAH A. THORNTON  　　　　　　　　　　　　　　　　　　　　　JOHN C. STUCKENBRUCK
CLERK  　　　　　　　　　　　　　　　　　　　　　　　　　　　　DIVISION MANAGER

March 6, 2008

Enrique Gonzalez
Federal Correctional Institution Ray Brook
PO Box 9005
Ray Brook, NY   12977
Reg. # 90870-038

Dear Mr. Gonzalez:

   The court is in receipt of your recent letter regarding your request for a copy of your sentencing transcript which will be paid with government funds.  This request has been allowed and the request has been forwarded to the court reporter for completion.

   　　　　　　　　　　　　　　　Very truly yours,

   　　　　　　　　　　　　　　　 /s/Elizabeth A. French

   　　　　　　　　　　　　　　　Elizabeth A. French
   　　　　　　　　　　　　　　　 Deputy Clerk

Enclosure