FILED
N CLERK'S OFFICE          Date: 5-9-08

2008 MAY 14 A 10: 53

Hon. Judge Ponsor
c/o _____ U.S. DISTRICT COURT
Deputy Clerk          DISTRICT OF MASS
United States District Court

05 CR 30045 - MAP

Dear Ponsor:

    I was sentenced by Judge Michael A. Ponsor on 12-14-06 based on the sentencing guidelines that were then in effect regarding cocaine base. I believe that I am eligible to be resentenced, under the amended cocaine base guidelines, which have been made retroactive.

    My current release date is 02-26-2013.

    I cannot afford to hire an attorney. A completed financial affidavit is enclosed. I am respectfully requesting that the Court appoint counsel to represent me.

Sincerely,

Name: Enrique González II 90870-038
Address: Federal Correctional Institution Ray Brook
P.O. Box 9005
Ray Brook, New York 12977

Telephone: _____